862

J. E. Mains, *et al.*, Appellants, v. Joseph E. Wilson, as Liquidator for Lake Butler Bank, a corporation, Appellee.

Appeal dismissed on motion of counsel for Appellee.
*T. G. Futch,* for Appellants.
*Joe Hill Williams,* for Appellee.

The State of Florida, *ex rel.* Central Truck Lines, Inc., a corporation, Relator, v. W. B. Douglass, Chairman, *et al.*, Respondents.

Cause dismissed on motion of Relator.
*Milam, McIlvane & Milam,* for Relator.
*Theo. T. Turnbull, Claude Pepper* and *Clifford T. Inglis,* for Respondents.

Charles W. White, Appellant, v. John F. Williams, *et al.*, Appellees.

Appeal dismissed on motion of counsel for Appellant.
*H. S. Phillips,* for the Motion.

Eleanor B. Porter, *et al.*, Appellants, v. S. T. Sistrunk, *et al.*, Appellees.

Appeal dismissed on motion of counsel for Appellants.
*H. M. Hampton,* for Appellants.
*F. R. Hocker,* for Appellees.